# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THOMAS GOLDEN, on behalf of himself and those similarly situated, | CASE NO. 2:25-CV-416-DRC-CMV |
| Plaintiff, | JUDGE DOUGLAS R. COLE |
| vs. | MAGISTRATE JUDGE CHELSEA M. VASCURA |
| OHIO VALLEY PHYSICIANS, INC., | |
| Defendant | |

**JOINT STIPULATION REGARDING NOTICE TO POTENTIAL OPT-INS (FKA COLLECTIVE ACTION NOTICE)**

Plaintiff Thomas Golden ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant Ohio Valley Physicians, Inc. ("Defendant") (collectively, the "Parties"), hereby file this Joint Stipulation and Proposed Order Regarding Notice to Potential Opt-Ins (fka conditional collective action certification) pursuant to 29 U.S.C. § 216(b) and jointly request that the Court approve such stipulation. To satisfy the evidentiary burden in *Clark v. A&L Homecare & Training Ctr., LLC,* 68 F. 4th 1003, 1111 (6th Cir. 2023), the Parties incorporate by reference Dkt. 26-1 through 26-4.

1. To efficiently manage this case and to increase the prospects of settlement, the Parties agree and hereby stipulate that this case should be

conditionally certified as a collective action under section 216(b) of the FLSA. The Parties agree to conditionally certify the class as follows:

> *All current and former Advance Practice Registered Nurses and other hourly, non-exempt healthcare providers employed by OVP since September 30, 2022 who were not paid overtime compensation for hours worked over 40 in a workweek.*

2. Further, the Parties have conferred and reached agreement regarding the form of notice to be sent to the collective members and the consent form to be filed. Attached hereto as Exhibit "1" is the Notice of Right to Join Lawsuit to the collective members and the Consent Form. The Parties agree that these documents are timely, accurate and informative.

3. The Parties stipulate that within fourteen (14) days of the Court approving this stipulation by signing below, Defendant shall provide to Plaintiff's counsel, in electronic and importable format, the name, dates of employment in the applicable role, last known address, phone number and known personal e-mail address for all putative members of the FLSA Collective. If Defendant fails to provide that information for any potential opt-in within 14 days of the Court's approval, the statute of limitations for such potential opt-in will be tolled from day 14 until Defendant provides the information to Plaintiff's counsel.

4. The Parties stipulate that Plaintiff's counsel shall mail a copy of the agreed Notice of Right to Join Lawsuit and agreed Consent Form via first class mail to all persons contained on the list within fourteen (14) days of receiving the list

from Defendant. Plaintiff's counsel shall also send the agreed notice to either the personal e-mail address provided for each person on the list or by text (but not both) once, on the same date the Notice of Right to Join Lawsuit and agreed Consent Forms are issued by mail.

5. The Parties further agree to a ninety (90) day notice period and that Notice will be sent to the FLSA Collective via first-class U.S. Mail and e-mail within fourteen (14) days of receiving the list from Defendant.

6. The Parties also agree that Plaintiff may issue one reminder (via e-mail or text) to be sent thirty (45) days after the issuance of Notice to any FLSA Collective member who, at that point, has not yet responded to the Notice.

7. The Parties stipulate that Christopher P. Wido, shall serve as collective counsel and that Plaintiff shall serve as the representative for the conditionally certified class.

Dated this 19th day of February 2026.

AGREED AS TO FORM AND CONTENT:

*/s/ Christopher P. Wido*
Christopher P. Wido (0090441)
Spitz, The Employees' Law Firm
3 Summit Park Dr, Suite 200
Independence, Ohio, 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*Trial Attorney for Plaintiff Thomas Golden*

3

/s/ *Barry Y. Freeman*
Barry Y. Freeman (6331625)
Roetzel & Andress, LPA
1375 E. 9th St., 10th Floor
Cleveland, Ohio, 44114
Phone: (312) 741-0786
E-mail: bfreeman@ralaw.com

*Trial Attorney for Defendant Ohio Valley Physicians, Inc.*

24395454 _1